| United States District Court | Southern District of Texas |
|---|---|

| | |  |
|---|---|---|
| Trammochem Asia Pte Ltd., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action 4:11-1851 |
| The Carrier Desert Orchid, her equipment and appurtenances, *in rem.*, | § § § § | |
| Defendant. | § | |

## Warrant to Seize a Vessel

To:   The Marshal

You are commanded immediately to arrest the carrier DESERT ORCHID, her equipment and appurtenances, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

David Bradley, Clerk

Date: May 13, 2011

By: _____
Deputy Clerk