| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| TRAMMOCHEM ASIA PTE LTD., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action 4:11-1851 |
| DESERT ORCHID, her equipment and appurtenances, in rem., | § § § § | |
| Defendant. | § § | |

## Order Staying Case

1. This case is stayed in favor of arbitration.

2. The security is reduced to $2,200,000.00. (17)

Signed on June 1, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge